# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00247-CV

**Robert Bays, Appellant**

**v.**

**Ron Socha d/b/a Socha Electric, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
### NO. C-00-1271-C, HONORABLE BEN WOODWARD, JUDGE PRESIDING

Appellant Robert Bays has filed an unopposed motion to dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed:   August 8, 2002

Do Not Publish